■ The People of the State of New York, Respondent, v Troy Saunders, Appellant. *[830 NYS2d 903]*—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered June 15, 2005, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of eight years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

We perceive no basis for reducing the sentence.

As the People concede, since the crime was committed prior to the effective date of the legislation (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]), providing for the imposition of a DNA databank fee, that fee should not have been imposed. Concur—Friedman, J.P., Nardelli, Sweeny, McGuire and Malone, JJ.